UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID JOHANSSON, an individual,

      Plaintiff,

  vs.

HISCOX INSURANCE COMPANY INC., a foreign insurer,

      Defendant.

Case No. 2:26-cv-00156-KKE

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR FILING RESPONSIVE PLEADING**

This matter came before the Court on the parties' stipulated motion (Dkt. No. 11) to extend the deadline for Defendant Hiscox Insurance Company Inc. ("Hiscox") to file its responsive pleading to Plaintiff's Complaint. Pursuant to the parties' stipulation, the Court ORDERS that the deadline for Hiscox to file a responsive pleading is extended to February 23, 2026.

Dated this 23rd day of January, 2026.

Kymberly K. Evanson
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR FILING RESPONSIVE PLEADING- 1**

GORDON & POLSCER, L.L.C.
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 223-4226

Presented by:

**GORDON & POLSCER, L.L.C.**

By: */s/ Molly Eckman*
Molly Eckman, WSBA #35474
Shaizah Hasan, WSBA #61522
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 223-4226
    Email: meckman@gordon-polscer.com
    Email: shasan@gordon-polscer.com

*Attorneys for Hiscox Insurance Company Inc.*

**LETHER LAW GROUP**

By: */s/ Thomas Lether*
Thomas Lether, WSBA #18089
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
    Email: tlether@letherlaw.com

*Attorneys for Plaintiff David Johansson*

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE FOR FILING RESPONSIVE
PLEADING- 2

**GORDON & POLSCER, L.L.C.**
1700 Seventh Avenue, Suite 2100
Seattle, WA  98101
(206) 223-4226