UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID JOHANSSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HISCOX INSURANCE COMPANY INC., a foreign insurer,<br><br>Defendant. | Case No. 2:26-cv-00156-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND ALL DEADLINES** |

This matter came before the Court on the parties' stipulated motion (Dkt. No. 13) to extend all deadlines for this case. Pursuant to the parties' stipulation, the Court ORDERS that all deadlines for this case are extended by 60 days.

Accordingly, the deadlines set forth in the Court's order regarding initial disclosures, chambers procedures, joint status report, and early settlement (Dkt. No. 10) are amended as follows:

| | |
|---|---|
| Deadline for Federal Rule of Civil Procedure ("FRCP") 26(f) Conference: | April 13, 2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | April 27, 2026 |

ORDER GRANTING STIPULATED MOTION TO
EXTEND ALL DEADLINES - 1

GORDON & POLSCER, L.L.C.
1700 Seventh Avenue, Suite 2100
Seattle, WA  98101
(206) 223-4226

Combined Joint Status Report and Discovery
Plan as Required by FRCP 26(f) and Local Civil
Rule 26(f):                                             May 4, 2026

Dated this 25th day of February, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

**GORDON & POLSCER, L.L.C.**                    **LETHER LAW GROUP**

By: */s/ Molly Eckman*                           By: */s/ Thomas Lether*
Molly Eckman, WSBA #35474                         Thomas Lether, WSBA #18089
Shaizah, WSBA #61522                              1848 Westlake Avenue N, Suite 100
1700 Seventh Avenue, Suite 2100                   Seattle, WA 98109
Seattle, WA 98101                                 P: (206) 467-5444/F: (206) 467-5544
(206) 223-4226                                        Email: tlether@letherlaw.com
    Email: meckman@gordon-polscer.com
    Email: shasan@gordon-polscer.com

*Attorneys for Hiscox Insurance Company Inc.*    *Attorneys for Plaintiff David Johansson*

ORDER GRANTING STIPULATED MOTION TO
EXTEND ALL DEADLINES - 2