Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID JOHANSSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HISCOX INSURANCE COMPANY INC., a foreign insurer,<br><br>Defendant. | No. 2:26-CV-00156-KKE<br><br>**STIPULATION AND ORDER OF DIMISSAL**<br><br>**NOTE FOR MOTION: August 6, 2026** |

## I. STIPULATION

COMES NOW, Plaintiff David Johansson and Defendant Hiscox Insurance Company, Inc. (collectively, "Parties") by and through their attorneys of record, agree and stipulate to dismissal of this case with prejudice and without costs or further recovery.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 6th day of August 2026.

LETHER LAW GROUP

*s/ Thomas Lether*
Thomas Lether, WSBA #18089
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
*Counsel for Defendant, David Johansson*

GORDON & POLSCER, L.L.C.

*/s/ Molly Eckman*____________________
Molly Eckman, WSBA #35474
Shaizah Hasan, WSBA #61522
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 223-4226
meckman@gordon-polscer.com
shasan@gordon-polscer.com
*Counsel for Hiscox Insurance Company Inc.*

## II. PROPOSED ORDER

Pursuant to the foregoing Stipulation of the Parties, it is hereby ORDERED that this action is dismissed with prejudice, and this dismissal is effectuated without an award of fees or costs to any party.

DATED August 6, 2026

Kymberly K. Evanson
United States District Judge

**Present by:**

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA No. 18089
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
*Counsel for Defendant, David Johansson*

GORDON & POLSCER, L.L.C.

*/s/ Molly Eckman*
Molly Eckman, WSBA #35474
Shaizah Hasan, WSBA #61522
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 223-4226
meckman@gordon-polscer.com
shasan@gordon-polscer.com
*Counsel for Hiscox Insurance Company Inc.*